AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**ROBERT LEE THOMAS**

# CRIMINAL COMPLAINT

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___**May 6, 2007**___ in ___**WASHINGTON**___ county, in the

_____ District of ___**COLUMBIA**___ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Bersa .380 caliber semi-automatic pistol and a Lorcin 9mm semi-automatic pistol and .380 and 9mm ammunition.**

in violation of Title___**18**___ United States Code, Section(s)___**922(g)(1)**___.

I further state that I am ___**OFFICER RAVI HILLER**___, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____

Signature of Complainant
**OFFICER RAVI HILLER**
**SEVENTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    ___**Washington, D.C.**___
Date                                                               City and State

_____            _____

Name & Title of Judicial Officer                    Signature of Judicial Officer

## STATEMENT OF FACTS

On May 6, 2007, sworn officers with the Metropolitan Police Department received a radio run for xxxx xx<sup>xx</sup> xxxxxx, xx, Washington, D.C. regarding a violation of a Civil Protection Order/Temporary Protection Order. A lookout was given for a black male wearing a black T Shirt with a white design and blue jeans by the dispatcher with a caution that the person may be armed with a gun. Officers went to the above location, interviewed the complaining witness, who informed them that the defendant, Robert Thomas, threatened to kill her and that he was driving a white Chrylser Pacifica with a temp tag on it. An officer saw the defendant, approach a white Chrylser Pacifica with a VA temporary tag, at which time he stopped the defendant. The dispatcher informed the officer that the defendant had an outstanding warrant, and the officer placed the defendant under arrest. A search of the defendant revealed a .44 magnum bullet inside of the defendant's jacket pocket. Also recovered from the defendant was a set of keys with the Chrylser logo on it. The complaining witness also told officers that the defendant may have firearms in the car. Officers pushed the unlock button on the keys and the lights to the Chrylser came on and the doors opened. Officers looked inside the car a saw a black handgun in between the driver's seat and the center console. Officers recovered a loaded Lorcin 9mm handgun from the center console. Further search of the car, revealed a loaded Bersa .380 caliber semi-automatic pistol and a clear plastic bag 9 ziplocks containing a weed-like substance. A portion of the weed-like substance field tested positive for THC. To the best of the undersigned officer's knowledge, defendant Robert Thomas, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Prince George's County Maryland. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge there are no Lorcin 9mm handguns, Bersa .380 caliber handguns, nor ammunition manufactured in the District of Columbia.

_____

OFFICER RAVI HILLER
SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF MAY, 2007.

_____

U.S. MAGISTRATE JUDGE