My address is → Robert Thomas

Magistrate Case 07-205M-01

Robert Lee Thomas JR

DOB

SSN

**FILED**

DEC 18 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The Federal District Court Clerk

*Let this be of filed. 12-18-07* [signature]

I am writting this letter to the court to inform the court that I have a Federal detainer lodged against me. I was locked up in Prince Georges county for warrants for Motor Vechil charges so I was not able to appear in court because of the fact that I was incarcerated in Upper Marlboro. I would like for the detainer to be lifted and, if so I would like for the court to please send me a court date please. I would like to waive extradition and come back to the District of Columbia and continue to go through with my court process please. I would like a writ from the court please. I put all my information in this letter so I can be contacted. Can you please address this manor because I would like these charges to be addressed thank-you for your time & god-Bless

**RECEIVED**

NOV - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT